IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KITHIRA GAS SHIPPING COMPANY, ELETSON HOLDINGS, INC, ELETSON CORPORATION, ELETSON GAS LLC,** § § § § | | |
| *Plaintiffs* § | | |
| § | | |
| v. § | | |
| § | | |
| **M/V KITHIRA (IMO 9788978), her engines, tackle, equipment, and appurtenances,** § § § | C.A. No. 4:25-cv-00755 | |
| *in rem*, § | | |
| § | In Admiralty, Rule 9(h) | |
| and § | | |
| § | | |
| **FAMILY UNITY TRUST COMPANY, GLAFKOS TRUST COMPANY, LASSIA INVESTMENT COMPANY, ELAFONISSOS SHIPPING CORPORATION, KEROS SHIPPING CORPORATION, LASKARINA KARASTAMATI, VASSILIS E. KERTSIKOFF, VASILEIOS CHATZIELEFTHERIADIS, KONSTANTINOS CHATZIELEFTHERIADIS, IOANNIS ZILAKOS, ELENI KARASTAMATI, PANAGIOTIS KONSTANTARAS, EMMANOUIL ANDREOULAKIS, ELENI VANDOROU, in personam,** § § § § § § § § § § § § § § § § | | |
| *Defendants* § | | |

**KITHIRA GAS SHIPPING COMPANY'S**
<u>**NOTICE OF INTERLOCUTORY APPEAL**</u>

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Appellate Procedure 3 and 4(a)(1)(A), 28 U.S.C. § 1292(a)(3), and the pendent appellate jurisdiction doctrine, as described in *Swint v. Chambers County Commission*, 514 U.S. 35, 51 (1995), Kithira Gas Shipping Company ("Kithira Gas" or "Claimant"), as Claimant of the LPG/C KITHIRA (the "Vessel"), subject to its

Supplemental Rule E(8) restricted appearance, hereby appeals to the United States Court of Appeals for the Fifth Circuit from (1) the District Court's May 5, 2025 Order denying Kithira Gas's Motion to Vacate the Arrest of the Vessel, (ECF No. 75); and (2) the District Court's June 13, 2025 Order Granting Plaintiff's Kithira Gas Shipping Company, Eletson Holdings, Inc, Eletson Corporation, and Eletson Gas LLC's Motion to Release Vessel, (ECF No. 89).

**Dated: July 8, 2025.**

Respectfully submitted,

By: /s/ *Joseph A. Magliolo*
Joseph A. Magliolo
State Bar No. 24074634
Federal I.D. No. 2761203
jmagliolo@jw.com
Bruce J. Ruzinsky
State Bar No. 17469425
Federal I.D. No. 5037
bruzinsky@jw.com
Victoria Argeroplos
State Bar No. 24105799
Federal I.D. No. 3136507
vargeroplos@jw.com
JACKSON WALKER LLP
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:    (713) 752-4204
Facsimile:    (713) 308-4115

- and-

Dimitri P. Georgantas
State Bar No. 07805100
Federal I.D. No. 2805
dimitri.georgantas@roystonlaw.com
Kevin P. Walters
State Bar No. 20818000
Federal I.D. No. 5649
kevin.walters@roystonlaw.com
Eugene W. Barr
State Bar No. 24059425
Federal I.D. No. 1144784
eugene.barr@roystonlaw.com
Blake E. Bachtel
State Bar No. 24116055
Federal I.D. No. 3479533
blake.bachtel@roystonlaw.com
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
1415 Louisiana Street, Suite 4200
Houston, Texas 77002
Telephone:    (713) 224-8380
Facsimile:    (713) 225-9945

**ATTORNEYS FOR CLAIMANT KITHARA GAS SHIPPING COMPANY**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 8th day of July 2025, I served a true and correct copy of the foregoing pursuant to Rule 5 of the Federal Rules of Civil Procedure and/or via the CM/ECF Filing System and/or by depositing the same in the United States Mail, postage prepaid and properly addressed to all known counsel of record.

                                          */s/ Joseph A. Magliolo*
                                          Joseph A. Magliolo