IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KITHIRA GAS SHIPPING COMPANY, ELETSON HOLDINGS, INC, ELETSON CORPORATION, ELETSON GAS LLC,** | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | |
| **M/V KITHIRA (IMO 9788978), her engines, tackle, equipment, and appurtenances,** *in rem*, | § § § | C.A. No. 4:25-cv-00755 |
| and | § § | In Admiralty, Rule 9(h) |
| **FAMILY UNITY TRUST COMPANY, GLAFKOS TRUST COMPANY, LASSIA INVESTMENT COMPANY, ELAFONISSOS SHIPPING CORPORATION, KEROS SHIPPING CORPORATION, LASKARINA KARASTAMATI, VASSILIS E. KERTSIKOFF, VASILEIOS CHATZIELEFTHERIADIS, KONSTANTINOS CHATZIELEFTHERIADIS, IOANNIS ZILAKOS, ELENI KARASTAMATI, PANAGIOTIS KONSTANTARAS, EMMANOUIL ANDREOULAKIS, ELENI VANDOROU, in personam** | § § § § § § § § § § § § § § § | |
| *Defendants*. | § § | |

## JOINT MOTION TO WITHDRAW AS COUNSEL

The law firms of Royston, Rayzor, Vickery & Williams, L.L.P. ("Royston Rayzor") and Jackson Walker LLP ("Jackson Walker") jointly file this motion to withdraw from representation of Claimant Kithira Gas Shipping Company ("Claimant") pursuant to Rule 83.2 of the Local Rules

of the United States District Court for the Southern District of Texas, and respectfully state as follows:

1. This case relates to multi-year litigation in the Southern District of New York, including an arbitration, a District Court case, a bankruptcy case, an adversary proceeding, and multiple appeals, all of which concern the equity ownership of Eletson Gas LLC, a named plaintiff in this case.

2. Plaintiffs filed this case on February 11, 2025 on behalf of Claimant and entities allegedly affiliated with Claimant. On February 20, 2025, Royston Rayzor filed a Notice of Restricted Appearance Pursuant to Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims [Docket No. 27] also on behalf of Claimant. On March 18, 2025, Jackson Walker filed a Notice of Appearance [Docket No. 57] also on behalf of Claimant.

3. On August 1, 2025, the Bankruptcy Court in *In re Eletson Holdings, Inc., et al.*, Case No. 23-10322 in the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered a Memorandum Opinion and Order Granting in Part, Levona Holdings Ltd.'s. Motion to Enforce the Stipulated Stay Relief Order and for Sanctions Against the Purported Preferred Nominees Pursuant to Section 105(a) of the Bankruptcy Code ( the "SDNY August 1, 2025 Bankruptcy Court Order").

4. On August 7, 2025, Apargo Ltd., Desimusco Trading Co., and Fentalon Ltd. filed a Notice of Appeal of the SDNY August 1, 2025 Bankruptcy Court Order. *See* Bankruptcy Court Docket No. 1767.

5. In view of these developments and so as not to prejudice the rights of Claimant, the undersigned believe that, consistent with this Court's Order dated May 5, 2025 [Docket No. 75], any further activity in this case should await a determination by the United States District Court

for the Southern District of New York regarding the ownership of the preferred shares of Eletson Gas and the ultimate control of Eletson Gas. Royston Rayzor and Jackson Walker unfortunately believe they are compelled to withdraw from representing Claimant at this time. The withdrawal of Royston Rayzor and Jackson Walker is not to be construed as an admission of any kind, and all rights of Claimant are reserved to the fullest extent.

**WHEREFORE**, Royston Rayzor and Jackson Walker respectfully request that the Court grant this motion, allow Royston Rayzor and Jackson Walker to withdraw from representation of Claimant in this case, and grant any further relief as is just.

Respectfully submitted on August 15, 2025.

By: */s/ Dimitri P. Georgantas*

| | |
|---|---|
| Dimitri P. Georgantas | Joseph A. Magliolo |
| State Bar No. 07805100 | State Bar No. 24074634 |
| Federal I.D. No. 2805 | Federal I.D. No. 2761203 |
| dimitri.georgantas@roystonlaw.com | jmagliolo@jw.com |
| Kevin P. Walters | Bruce J. Ruzinsky |
| State Bar No. 20818000 | State Bar No. 17469425 |
| Federal I.D. No. 5649 | Federal I.D. No. 5037 |
| kevin.walters@roystonlaw.com | bruzinsky@jw.com |
| Eugene W. Barr | Victoria Argeroplos |
| State Bar No. 24059425 | State Bar No. 24105799 |
| Federal I.D. No. 1144784 | Federal I.D. No. 3136507 |
| eugene.barr@roystonlaw.com | vargeroplos@jw.com |
| Blake E. Bachtel | JACKSON WALKER LLP |
| State Bar No. 24116055 | 1401 McKinney Street, Suite 1900 |
| Federal I.D. No. 3479533 | Houston, Texas 77010 |
| blake.bachtel@roystonlaw.com | Telephone:   (713) 752-4204 |
| ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P. | Facsimile:    (713) 308-4115 |
| 1415 Louisiana Street, Suite 4200 | |
| Houston, Texas 77002 | |
| Telephone:   (713) 224-8380 | |
| Facsimile:    (713) 225-9945 | |

**ATTORNEYS FOR CLAIMANT KITHIRA GAS SHIPPING COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August, 2025, I served a true and correct copy of the foregoing pursuant to Rule 5 of the Federal Rules of Civil Procedure and/or via the CM/ECF Filing System and/or by depositing the same in the United States Mail, postage prepaid and properly addressed to all known counsel of record.

*/s/ Bruce J. Ruzinsky*
Bruce J. Ruzinsky

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with Plaintiffs' attorney, Edward Floyd and Eva-Maria Mayer of Floyd Zadkovich (US) LLP, via email, and Ms. Mayer indicated that Plaintiffs are conditionally opposed to the relief sought in this motion, subject to potentially resolving certain procedural issues via a meet and confer expected to occur during the early part of the week beginning August 18, 2025.

*/s/ Eugene W. Barr*
Eugene W. Barr
