## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **KITHIRA GAS SHIPPING COMPANY,** | § | |
| **ELETSON HOLDINGS, INC, ELETSON** | § | **CIVIL ACTION NO.** |
| **CORPORATION, ELETSON GAS LLC,** | § | |
| | § | **4:25-cv-00755** |
| Plaintiffs, | § | |
| | § | **ADMIRALTY RULE 9(h)** |
| **M/V KITHIRA (IMO 9788978),** | § | |
| her engines, tackle, equipment, | § | |
| and appurtenances, *in rem*, | § | |
| | § | |
| and | § | |
| | § | |
| **FAMILY UNITY TRUST COMPANY,** | § | |
| **GLAFKOS TRUST COMPANY,** | § | |
| **LASSIA INVESTMENT COMPANY,** | § | |
| **ELAFONISSOS SHIPPING** | § | |
| **CORPORATION, KEROS SHIPPING** | § | |
| **CORPORATION, VASSILIS** | § | |
| **HADJIELEFTHERIADIS,** | § | |
| **LASKARINA KARASTAMATI,** | § | |
| **VASSILIS E. KERTSIKOFF,** | § | |
| **VASILEIOS CHATZIELEFTHERIADIS,** | § | |
| **KONSTANTINOS** | § | |
| **CHATZIELEFTHERIADIS, IOANNIS** | § | |
| **ZILAKOS, ELENI KARASTAMATI,** | § | |
| **PANAGIOTIS KONSTANTARAS,** | § | |
| **EMMANOUIL ANDREOULAKIS,** | § | |
| **ELENI VANDOROU,** *in personam*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## JOINT RESPONSE TO COURT ORDER

Plaintiffs Kithira Gas Shipping Company ("Kithira Gas"), Eletson Holdings, Inc. ("Eletson

Holdings"), Eletson Corporation ("Eletson Corp"), and Eletson Gas LLC ("Eletson Gas") (jointly

"Plaintiffs"), by and through counsel, and counsel for Claimant Kithira Gas ("Claimant"),[1] Royston, Rayzor, Vickery & Williams, L.L.P. ("Royston Rayzor") and Jackson Walker LLP ("Jackson Walker") (collectively, "parties"), jointly file this response to the Court's November 20, 2025 order, noting any separate responses below.[2]

At a hearing on counsel for Claimant's motion to withdraw as counsel, ECF No. 106, the Court requested that the parties provide the following information to the Court: (1) a chart of the corporate structure of the Eletson companies, including ownership of common and preferred shares of Eletson Gas; (2) any change in ownership of the common and preferred share of Eletson Gas that occurred as a result of the confirmed bankruptcy plan; (3) the Eletson companies that were the debtors in the bankruptcy proceeding, *In re Eletson Holdings, Inc.*, No. 23-br-10322 (Bankr. S.D.N.Y.); (4) the status of an appeal, if any, of the confirmed bankruptcy plan; and (5) the status of the arbitration proceeding, *Eletson Holdings, Inc. v. Levona Holdings, Ltd.*, No. 23-cv-7331 (S.D.N.Y.). In response to the Court's order, the parties offer the following

Number (1), Plaintiffs submit the charts attached as Exhibit 1. Claimant submits the charts attached as Exhibit 2.

Number (2), Plaintiff's Response. The confirmed bankruptcy plan did not change the ownership of the common or preferred shares of Eletson Gas LLC, which the bankruptcy court confirmed in its most recent order on November 19, 2025. The ownership of common shares of Eletson Gas, LLC remained with Eletson Holdings, Inc. (under the control of the new

---

[1] *See* Notice of Restricted Appearance Pursuant to Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims filed by Royston Rayzor [Docket No. 27] and Notice of Appearance filed by Jackson Walker [Docket No. 57].

[2] Plaintiffs do not waive their arguments that Claimant lacks the authority to represent Kithira Gas Shipping Company and note Claimant's action, by filing this response, violates the bankruptcy court's stay relief order. Claimant disagrees that complying with this Court's instructions at the November 20, 2025 telephonic hearing is a violation of the bankruptcy court's Stay Relief Order.

management). The ownership of the preferred shares of Eletson Gas, LLC remained and continues to remain with Levona Holdings, Ltd.

Claimant's Response. The bankruptcy plan canceled prior equity in Eletson Holdings, Inc. and distributed equity in Reorganized Eletson Holdings, Inc. ("Reorganized Holdings") to creditors (who are affiliates of or related parties to Levona Holdings, Ltd.). Upon the effective date of the bankruptcy plan, the ownership of the common shares in Eletson Gas, LLC were vested in Reorganized Holdings. The bankruptcy plan did not alter or transfer the ownership of the preferred shares in Eletson Gas, LLC.

The ownership of the preferred shares in Eletson Gas, LLC is the subject of a JAMS arbitration before Justice Ariel Belen (the "Arbitration"). On or about November 2, 2021, Levona became the owner of the preferred shares in Eletson Gas LLC. The September 2023 Arbitration Award found that the preferred shares in Eletson Gas LLC were transferred to the Cypriot Nominees as of March 11, 2022 in connection with a buyback option exercised by Eletson Holdings, Inc. Levona Holdings, Ltd. has moved to vacate the Arbitration Award in the District Court for the Southern District of New York, which motion is currently pending.

Number (3), Eletson Holdings, Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC were the debtors in the bankruptcy proceedings. On November 19, 2024, the effective date of the bankruptcy plan, Eletson Finance (US) LLC and Agathonissos Finance LLC were deemed dissolved.

Number (4), on November 7, 2024, the debtor, Eletson Holdings, Inc., filed a notice of appeal of the confirmation order with the U.S. District Court for the Southern District of New York, No. 24-cv-08672. The appeal is pending.

Number (5), Plaintiffs' Response. On September 6, 2024, the district court granted Levona Holdings Ltd.'s motion to amend its cross-petition to vacate the arbitral award. On May 14, 2025, the district court granted Eletson Holdings Inc. and Eletson Corporation and Levona Holdings, Ltd. stipulation of dismissal of the petition to confirm the award (which is on appeal with the Second Circuit). As such, only the cross-petition to vacate the arbitral award is before the district court. Levona Holdings, Ltd.'s cross-petition to vacate the award is fully briefed (Eletson Holdings Inc. and Eletson Corporation filed a brief in support of Levona Holdings, Ltd. cross-petition to vacate). The district court has scheduled a hearing for December 9, 2025 on the cross-petition to vacate.

Claimant's Response. Prior to the bankruptcy filing, Eletson Holdings, Inc. filed a petition in the district court to confirm the Arbitration Award, commencing Case No. 23-cv-07331. Levona Holdings, Ltd. filed a cross-petition and motion to vacate the Arbitration Award. The Arbitration Award was confirmed in part by district court orders entered February 9, 2024, April 19, 2024, and February 14, 2025. None of these orders altered the Arbitration Award's finding that the preferred shares in Eletson Gas, LLC were transferred to the Cypriot Nominees as of March 11, 2022; moreover, the district court's February 14, 2025 order re-confirmed this finding "subject to the resolution of Levona's pending motion to vacate the award and its defense based on fraud in the arbitration."

After the effective date of the bankruptcy plan, Reorganized Holdings stepped into the shoes of Eletson Holdings in the Arbitration. Reorganized Holdings, now controlled by parties affiliated with or related to Levona Holdings, Ltd., signed a stipulation with Levona Holdings, Ltd. to dismiss the request to confirm the Arbitration Award. On May 14, 2025, the district court signed the stipulation and dismissed the request to confirm the Arbitration Award. The dismissal is

4

currently on interlocutory appeal to the Second Circuit Court of Appeals. The remaining matter before the district court is Levona Holdings Ltd.'s cross-petition to vacate the Arbitration Award, which is set for oral argument on December 9, 2025.

Dated: December 1, 2025                                Respectfully submitted,

/s/ Edward. W. Floyd_____
Edward W. Floyd
ATTORNEY-IN-CHARGE
FLOYD ZADKOVICH (US) LLP
*Admitted Pro Hac Vice*
33 East 33rd Street, Suite 905
New York, New York 10016
Telephone: 917-999-6914
Email: ed.floyd@floydzad.com

*Attorneys for Plaintiffs*

**OF COUNSEL:**

**Floyd Zadkovich (US) LLP**
Luke Zadkovich
Philip Vagin
*Admitted pro hac vice*
33 East 33rd Street, Suite 905
New York, New York 10016
(917) 868 1245
44 7983 863215
luke.zadkovich@floydzad.com
philip.vagin@floydzad.com

**Phelps Dunbar LLP**
Ivan M. Rodriguez
Texas Bar No. 24058977
SD TX ID: 45566982
Andrew R. Nash
Texas Bar No.: 24083550
SDTX ID: 1690806
Kenderick M. Jordan
Texas Bar No. 24145378
SDTX ID: 3905171
910 Louisiana Street, Suite 4300
Houston, Texas 77002
Telephone: 713-626-1386
Telecopier: 713-626-1388

Email: ivan.rodriguez@phelps.com
andy.nash@phelps.com
kenderick.jordan@phelps.com

*Attorneys for Plaintiffs*

*/s/ Dimitri P. Georgantas (w/ permission)*
Dimitri P. Georgantas
State Bar No. 07805100
Federal I.D. No. 2805
dimitri.georgantas@roystonlaw.com
Kevin P. Walters
State Bar No. 20818000
Federal I.D. No. 5649
kevin.walters@roystonlaw.com
Eugene W. Barr
State Bar No. 24059425
Federal I.D. No. 1144784
eugene.barr@roystonlaw.com
Blake E. Bachtel
State Bar No. 24116055
Federal I.D. No. 3479533
blake.bachtel@roystonlaw.com
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
1415 Louisiana Street, Suite 4200
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945

Joseph A. Magliolo
State Bar No. 24074634
Federal I.D. No. 2761203
jmagliolo@jw.com
Bruce J. Ruzinsky
State Bar No. 17469425
Federal I.D. No. 5037
bruzinsky@jw.com
Victoria Argeroplos
State Bar No. 24105799
Federal I.D. No. 3136507
vargeroplos@jw.com
JACKSON WALKER LLP
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4204
Facsimile: (713) 308-4115

6

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing has been served on all known counsel of record on December 1, 2025.

*/s/Andrew R. Nash*
