# Exhibit 1
# Plaintiffs' Chart

# Pre-Confirmation



# Post-Confirmation

