# Exhibit 2
# Claimant's Chart



Pre-March 11, 2022



March 11, 2022 to Confirmation

*Per the Arbitration Award, the Cypriot Nominees were found to have obtained ownership of the Preferred Shares in Eletson Gas LLC as of March 11, 2022 (entirely pre-bankruptcy). Levona asserts in this suit that it never lost ownership of the Preferred Shares in Eletson Gas.



*Per the Arbitration Award, the Cypriot Nominees were found to have obtained ownership of the Preferred Shares in Eletson Gas LLC as of March 11, 2022 (entirely pre-bankruptcy). Levona asserts in this suit that it never lost ownership of the Preferred Shares in Eletson Gas.